**James W. HARRISON; Jean L. Harrison, Plaintiffs— Appellants,**

v.

**SCOTTSDALE INSURANCE COMPANY, Defendant— Appellee.**

No. 00–15401.

D.C. No. CV–99–06707–REC.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 12, 2002.

Decided May 6, 2002.

Before SCHROEDER, Chief Judge, B. FLETCHER and KOZINSKI, Circuit Judges.

### MEMORANDUM [*]

Because the underlying complaint did not allege bodily injury or property damage within the meaning of the Harrison's commercial general liability policy, we affirm. *See Waller v. Truck Ins. Exch., Inc.,* 11 Cal.4th 1, 44 Cal.Rptr.2d 370, 900 P.2d 619, 630 (1995). Scottsdale's motion for sanctions is denied.

AFFIRMED.

[*] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.